**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA

v.                            No. 4:12CR00261 JLH

BRADLEY LOREN GRUBBS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, the motion under 28 U.S.C. § 2255 filed by Bradley Loren Grubbs is denied. This action is dismissed with prejudice. No certificate of appealability will be issued.

IT IS SO ORDERED this 11th day of September, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE